FREDERICK WILSON ET AL. *v.* CALVERT COUNTY
SANITARY DISTRICT, INC.

[No. 143, September Term, 1979.]

*Decided September 8, 1980.*

The cause was argued before MURPHY, C. J., and SMITH,
DIGGES, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

*Thomas A. Rymer* for appellants.

*Clarence W. Sharp,* with whom was *Naji P. Maloof* on the
brief, for appellee.

ORDER

The petition for writ of certiorari having been granted and
heard, it is this 8th day of September, 1980

ORDERED, by the Court of Appeals of Maryland, that the
writ of certiorari be, and it is hereby, dismissed with costs,
petition having been improvidently granted.